**SO ORDERED.**

**SIGNED this 09 day of August, 2007.**

_____
**Randy D. Doub
United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.** |
| **HENRY WILLIAMS** | **07-00654-8-RDD** |
| **DEBTOR** | |

**ORDER OF CIVIL CONTEMPT**

This matter is before the court on an order for the debtor to appear and show cause why he should not be held in contempt for tampering with a court form. A hearing was held in Wilson, North Carolina on August 9, 2007.

On July 13, 2007, the court received correspondence, dated July 10, 2007, from Patsy Holland, Administrative Assistant with Hope Farms, Inc. The letter sent by Ms. Holland questioned the validity of a notice received by them on the court's official form VAN-057, entitled "Notice to Creditors and Other Parties In Interest." The notice informed Hope Farms, Inc. of a bankruptcy filing by the debtor and indicated that the creditor "must refer to United States Bankruptcy Court . . . for all payment, on loan, tax, property tax, and bank loan. To receive any payment, you must apply to United States Bankruptcy Court. Eastern District of North Carolina."

At the hearing of this matter, Mr. Williams voluntarily admitted that he had prepared the form and mailed the form to all his creditors in order to inform them of his bankruptcy filing. He also voluntarily admitted that he had not, in any way, disclosed that the notice was prepared and served by him.

Based on the foregoing, the court finds that Mr. Williams intentionally and willfully used, tampered and altered a form of the United States Bankruptcy Court and distributed the form without properly disclosing the source of its service. Therefore, Mr. Williams is found to be in civil contempt and shall pay a fine of $2,000.00 to the United States Bankruptcy Court for the Eastern District of North Carolina. The trustee is hereby ordered to forward $2,000.00, being held by the trustee, to the Clerk of Court for the United States Bankruptcy Court for the Eastern District of North Carolina to fulfill the sanctions ordered against Mr. Williams herein. The court will also refer this matter to the United States Attorney for investigation of whether debtor's actions violate 18 U.S.C. § 1519 for destruction, alteration, or falsification of records in Federal investigations and bankruptcy, and/or any other federal criminal statute.

**SO ORDERED**.

**END OF DOCUMENT**